# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:82-CV-566

|  |  |  |  |
|---|---|---|---|
| **LARRY MARSHAK,** | | ) | |
| | **Plaintiff,** | ) | |
| v. | | ) | **ORDER** |
| | | ) | |
| **MICHAEL BRIDGE,** | | ) | |
| | **Defendant.** | ) | **CASE 3:82-CV-566** |
| | | ) | **CASE NOS.  89-cv-283** |
| **WILLIE B. PINKNEY,** | | ) | **93-cv-131** |
| **Third-Party Defendant.** | | ) | **96-cv-250** |

|  |  |  |
|---|---|---|
| **LARRY MARSHAK,** | | ) |
| | **Plaintiff,** | ) |
| v. | | ) |
| | | ) |
| **WILLIE B. PINKNEY,** *et al,* | | ) |
| | **Defendants** | ) |
| | | ) |
| **and** | | ) |
| | | ) |
| **ORIGINAL DRIFTERS, INC.,** | | ) |
| | **Movant** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James M. Slattery,** filed August 22, 20181 [doc. # 223].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Slattery is admitted to appear before this court *pro hac vice* on behalf of Original Drifters, Inc..

**IT IS SO ORDERED.**          Signed: August 22, 2018

Graham C. Mullen
United States District Judge