# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| LARRY MARSHAK,<br><br>  Plaintiff,<br>v.<br>MICHAEL BRIDGE,<br>  Defendant,<br>WILLIE B. PINKNEY,<br>  Third-Party Defendant | Case No. 82-cv-00566 |
| LARRY MARSHAK,<br><br>  Plaintiff,<br>v.<br>WILLIE B. PINKNEY, et al.,<br>  Defendants,<br>and<br>ORIGINAL DRIFTERS, INC., *Successor in interest to Willie B. Pinkney*<br>  Movant. | Case Nos. 89-cv-00283<br>     93-cv-00131<br>     96-cv-00250 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Eric M. Sommers,** filed October 24, 2018 [doc # 234].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Sommers is admitted to appear before the court on behalf of plaintiff, Larry Marshak.

SO ORDERED.

Signed: October 25, 2018

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge